

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 30, 2026

**<u>Via ECF</u>**
Honorable Lewis Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     ***United States of America v. Mboob***, No. 26 Civ. 3787 (LJL)

Dear Judge Liman:

This Office represents the United States of America in this civil action against Baboucarr Mboob ("Defendant") for revocation of naturalized citizenship pursuant to 8 U.S.C. § 1451(a). The Court scheduled an initial pretrial conference in this case for July 10, 2026, and directed the parties to submit a joint letter and proposed case management plan one week in advance of the conference (i.e., by July 3).  ECF No. 8.  I write respectfully to jointly request with Defendant that the Court adjourn the initial pretrial conference scheduled for July 10 (and a concomitant extension of the deadline to file the pre-conference submissions), to a date in September 2026. The parties make this request due to defense counsel's previously scheduled medical procedure where he will be out of office for an extended period over the next month or two. This is the first request for an adjournment of the initial pretrial conference, and as noted, this is a joint request from all parties.

We thank the Court for its consideration of this request.

<div style="color:blue">
The request to adjourn is GRANTED. The pretrial conference will now take place on September 10, 2026 at 11:00 a.m.  The parties are instructed to dial 646-453-4442 and input conference ID 358639322.
Date: July 1, 2026
</div>

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:     */s/ Erica Silverman*
Erica Silverman
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2696
E-mail: erica.silverman @usdoj.gov
*Attorney for Plaintiff*

cc: Counsel of Record (via ECF)