USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 08/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-v-

BABOUCARR MBOOB,

Defendant.

26-cv-3787 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Pending before the Court is a motion to withdraw as counsel for Defendant filed by attorney Joseph F. DeFelice, Esq. Dkt. No. 11. Any responsive papers shall be filed no later than September 3, 2026. The Court will hold a telephonic hearing on the motion to withdraw on September 15, 2026 at 3:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

Counsel for Defendant is directed to serve a copy of this Order on Defendant by first class mail and email and to file proof of service on the docket. Defendant is directed to appear telephonically at the hearing.

SO ORDERED.

Dated: August 20, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge