USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

-v-

BABOUCARR MBOOB,

Defendant.

----------------------------------------------------------------------X

26-cv-03787 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Any responses to Defendant's request to appear by video at the next and any future conferences are to be filed by August 27, 2026. The Court will email a copy of this Order to the Defendant.

SO ORDERED.

Dated: August 25, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge