USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-v-

BABOUCARR MBOOB,

Defendant.

26-cv-3787 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a hearing in this matter on September 15, 2026. This Order memorializes the Court's rulings:

For the reasons stated on the record, and for good cause shown, the motion to withdraw filed by attorney Joseph F. DeFelice, Esq., at Dkt. No. 11 is GRANTED. Defendant shall have until September 29, 2026, to obtain new counsel or representation. If Defendant is unable to obtain counsel, Defendant may apply to the Court for an order requesting the appointment of pro bono counsel via letter, detailing efforts taken to date to retain counsel.

Defendant, who now is proceeding *pro se,* is directed to file a Notice of Pro Se Appearance and provide all contact information in this Notice. Defendant also may file (1) a Consent to Electronic Service to receive notification by email of all filings in this action. Instructions for this electronic service option are available here; and (2) a Motion for Permission for Electronic Case Filing to file documents electronically.

The Clerk of Court is directed to:

1. Add the PRO SE DFT Flag to this action

2. Add the following address to the caption of the docket: 2786 Bainbridge Avenue, Apt. 4B, Bronx, NY 10458.
3. Mail Defendant the Information Package for Defendants and note the mailing on the docket.
4. Docket STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24-MISC-127 Standing Order filed March 18, 2024).
5. Add CASE MANAGEMENT NOTE to the docket.
6. Mail a copy of this Order to Defendant at the following address: 2786 Bainbridge Avenue, Apt. 4B, Bronx, NY 10458.

This case is STAYED for a period of six weeks until October 27, 2026. The Court will hold a telephonic status conference on October 29, 2026 at 2:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

The Clerk of Court is respectfully directed to close Dkt. Nos. 11, 12.

SO ORDERED.

Dated: September 16, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge