USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-v-

BABOUCARR MBOOB,

Defendant.

26-cv-3787 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of *ex parte* emails sent by Defendant to detail and substantiate his efforts to retain counsel. The Court attaches the communications to this Order.

SO ORDERED.

Dated: September 30, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge

**From:** Baboucarr Mboob
**To:** Liman NYSD Chambers
**Subject:** Re: Order in Case No. 26-cv-3787
**Date:** Tuesday, September 29, 2026 3:53:59 AM

**CAUTION - EXTERNAL:**

Dear Honorable Judge Liman,

Pursuant to the Court's instruction to seek new legal counsel following the withdrawal of my previous attorney, I am writing to provide a status update on my efforts.

Since the last hearing, I have diligently contacted numerous legal aid organizations, and pro bono services in an effort to obtain representation. Specifically, I have reached out to the following organizations:

1. *BronxWorks* - 60 East Tremont Avenue, Bronx, NY

2. *New York Legal Assistance Group (NYLAG)* - 100 Pearl Street, New York, NY

3. *Her Justice* - 100 Broadway, New York, NY

4. *CHHAYA CDC* - 37-43 77th Street, Jackson Heights, NY

Unfortunately, despite my best efforts, I have been unable to secure new counsel to date.

This is due in part to significant financial hardship. My wife and children are not earning enough to assist me with attorney fees, as they are struggling to cover their own basic living expenses including rent and utility bills. I am therefore unable to afford a private attorney.

I respectfully request that the Court consider assisting me with pro bono, or the appointment of a counsel if available.

Thank you for your understanding and consideration.

Respectfully submitted,

NEW YORK CITY BAR LEGAL REFERRAL SERVICE

Select Language

see happen to resolve that situation. Please include where (the city or county) the situation occurred, and whether a case has been filed, if applicable. If we refer you to a lawyer, we will share all the information you provide on this page with the lawyer. By submitting this form, you are also consenting to the lawyer contacting you at the email address and/or phone number you entered. If you do not consent to sharing your email address with the lawyer - do NOT submit this form. Call

us!

I am writing to respectfully request assistance. I am facing a denaturalization case and I am urgently seeking a pro bono attorney to represent me. I would greatly appreciate any help.

**Please submit now and a member of our staff will contact you/ Presentar ahora y miembro de nuestra oficina se comunicara con usted*

SUBMIT

NEW YORK CITY BAR LEGAL REFERRAL SERVICE

Select Language ▼

All information is required unless otherwise noted. All information provided will be treated as confidential communications made for the purpose of facilitating the rendering of professional legal services. We will

preserve the confidentiality of all such information unless otherwise required by law.

*First Name / Nombre

Baboucarr

*Last Name / Apellido

Mboob

*Email / Correo electrónico

babouishamboob@yahoo.com

*Telephone# / Teléfono

+1 (917) 892-0652

☐ This is a mobile phone / Este es un numero de celular

NEW YORK CITY BAR LEGAL REFERRAL SERVICE

Select Language ▼

# Request a Lawyer Referral Form

Please complete the form below to submit your request for a lawyer referral. We will do our best to reply within 1 business day.

All information is required unless otherwise noted. All information provided will be treated as confidential communications made for the purpose of facilitating the rendering of professional legal services. We will preserve the confidentiality of all such information unless otherwise required by law.

***First Name / Nombre**

Baboucarr

***Last Name / Apellido**

Mboob

***Email / Correo electrónico**

NEW YORK CITY LEGAL REFERRAL

CITY BAR REFERRAL SERVICE

Select Language ▼

# Thank You

**Your request has been received. We will do our very best to get back to you within one (1) business day.**

If you need to reach a referral counselor, please call 212-626-7373. Para español llame al 212-626-7374.

Our office is open Monday - Friday, 8:30 AM - 5:30 PM (closed 1 PM-2 PM daily).

# Gracias

**Hemos recibido su solicitud. Haremos todo lo posible por contestarle en un (1) día laborable.**

Si necesita comunicarse con un consejero de referidos, por favor llame al 212-626-7374. Para inglés, llame al 212-626-7373.

Baboucarr Mboob

On Sep 17, 2026, at 10:06, Baboucarr Mboob <babouishamboob@yahoo.com> wrote:

Received, Thank you sir.
Baboucarr Mboob

On Sep 16, 2026, at 13:40, Liman NYSD Chambers <LimanNYSDChambers@nysd.uscourts.gov> wrote:

Good morning:

Please see attached the Court's order in Case No. 26-cv-3787. It will be filed on the docket shortly.

Best,
Chambers of Hon. Lewis J. Liman

<26-cv-3787 Order 9.16.26.pdf>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Baboucarr Mboob
**To:** Liman NYSD Chambers
**Subject:** Fwd: Next Steps: Your Submission to the New York City Bar Legal Referral Service
**Date:** Tuesday, September 29, 2026 3:54:39 AM
**Attachments:** image.png

---

**CAUTION - EXTERNAL:**

Baboucarr Mboob

Begin forwarded message:

> **From:** LRS <LRS@nycbar.org>
> **Date:** September 24, 2026 at 20:49:41 GMT
> **To:** babouishamboob@yahoo.com
> **Subject: Next Steps: Your Submission to the New York City Bar Legal Referral Service**
>
> Hello Baboucarr,
>
> Thank you for contacting us.
>
> We do not have any participating lawyers who are a part of the New York City Bar Legal Referral Service who can help with the matter you describe. We do not have pro bono lawyers.
>
> If you'd still like to pursue your legal issue, we suggest searching for resources at LawHelpNY.org. Please note that there are eligibility requirements to qualify for free legal services in New York City.
>
> We wish you the best of luck.
>
> Sincerely,
> Legal Referral Service
>
> NEW YORK CITY BAR
>
> **Legal Referral Service**
> New York City Bar Legal Referral Service | 42 W 44th Street, New York, NY 10036
> 212.626.7373 |lrs@nycbar.org | www.citybarlegalreferral.org
>
> This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of

the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please destroy it and all copies, and notify us immediately by telephone (212-382-6659).

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Baboucarr Mboob
**To:** Liman NYSD Chambers
**Subject:** Fwd: Seeking for a Legal Assistance
**Date:** Tuesday, September 29, 2026 4:01:18 AM

---

**CAUTION - EXTERNAL:**

Baboucarr Mboob

Begin forwarded message:

> **From:** Baboucarr Mboob <babouishamboob@yahoo.com>
> **Date:** September 20, 2026 at 10:51:20 GMT
> **To:** press@bronxworks.org
> **Subject: Seeking for a Legal Assistance**
>
> Good morning,
>
> I am writing to follow up on my previous email regarding my search for legal counsel for my denaturalization case.
>
> I would be truly grateful if you would consider taking on my case and assisting me.
>
> I look forward to hearing from you.
>
> Sincerely,
>
> Baboucarr Mboob
>
>> On Sep 17, 2026, at 10:48, Baboucarr Mboob <babouishamboob@yahoo.com> wrote:
>>
>> Good morning,
>>
>> My name is Baboucarr Mboob. I am writing to seek legal assistance with my immigration denaturalization case.
>>
>> My previous attorney has withdrawn from my case, and I am in search of new representation.

I would appreciate it if you could please contact me via this email address to discuss next steps.

Thank you for your time and consideration.

Sincerely,

Baboucarr Mboob

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Baboucarr Mboob
**To:** Liman NYSD Chambers
**Subject:** Fwd: Seeking for Legal Counsel
**Date:** Tuesday, September 29, 2026 4:02:21 AM

**CAUTION - EXTERNAL:**

Baboucarr Mboob

Begin forwarded message:

> **From:** Baboucarr Mboob <babouishamboob@yahoo.com>
> **Date:** September 20, 2026 at 10:38:59 GMT
> **To:** asamuel@nylag.org
> **Subject: Seeking for Legal Counsel**
>
> Good morning,
>
> I am writing to follow up on my previous email regarding my search for legal counsel for my denaturalization case.
>
> I would be truly grateful if you would consider taking on my case and assisting me.
>
> I look forward to hearing from you.
>
> Sincerely,
> Baboucarr Mboob
>
>> On Sep 17, 2026, at 10:20, Baboucarr Mboob <babouishamboob@yahoo.com> wrote:
>>
>> Good morning,
>>
>> My name is Baboucarr Mboob. I am writing to seek legal assistance with my immigration denaturalization case.
>>
>> My previous attorney has withdrawn from my case, and I am in search of new representation.

I would appreciate it if you could please contact me via this email address to discuss next steps.

Thank you for your time and consideration.

Sincerely,

Baboucarr Mboob

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Baboucarr Mboob
**To:** Liman NYSD Chambers
**Subject:** Fwd: Search for Legal assistance
**Date:** Tuesday, September 29, 2026 4:02:27 AM

---

**CAUTION - EXTERNAL:**

Baboucarr Mboob

Begin forwarded message:

> **From:** Baboucarr Mboob <babouishamboob@yahoo.com>
> **Date:** September 18, 2026 at 18:57:18 GMT
> **To:** info@chhayacdc.org
> **Subject: Search for Legal assistance**
>
> Good Afternoon,
> My name is Baboucarr Mboob. I am writing to seek legal assistance with my immigration denaturalization case.
>
> My previous attorney has withdrawn from my case, and I am in search of new representation.
>
> I would appreciate it if you could please contact me via this email address to discuss next steps.
>
> Thank you for your time and consideration.
>
> Sincerely,
> Baboucarr Mboob

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.