USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-v-

BABOUCARR MBOOB,

Defendant.

26-cv-3787 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On September 29, 2026, the Court directed the Clerk of Court to attempt to locate *pro bono* counsel to represent Defendant in this case. Dkt. No. 27. Such counsel has been located. Defendant should expect to receive a call or email from prospective counsel. Defendant is advised to inform the Court if any of his contact information has changed so that *pro bono* counsel may contact him.

SO ORDERED.

Dated: October 9, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge