USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-v-

BABOUCARR MBOOB,

Defendant.

26-cv-3787 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a conference in this matter today, October 29, 2026. This order memorializes the Court's rulings. The Government and Mr. Mboob appeared.

As the Court has informed the parties, the Clerk of Court has located counsel who are willing to appear on a pro bono basis for Mr. Mboob. Counsel will contact Mr. Mboob through his email address, babouishamboob@yahoo.com, and telephone number, +0220 877505745. Counsel is directed to inform Mr. Mboob of the nature of the outreach by referencing the caption of this proceeding (*United States v. Mboob*) on the phone call and in the subject line of the email.

The status conference scheduled for today is ADJOURNED to November 30, 2026 at 3:30 p.m. The Court will expect counsel for Mr. Mboob to have filed a notice of appearance by that date. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts. Any operative deadlines are hereby STAYED until November 30, 2026.

Any requests for an adjournment of the November 30, 2026 conference shall be made by

no later than November 26, 2026.

SO ORDERED.

Dated: October 29, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge